**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHAEL CRUZ, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

WISTERIA CORP,

                Defendant.

Case No. 1:20-cv-01908-JMF

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           June 17, 2020

                                    Respectfully submitted,

                                    */s/ Joseph H. Mizrahi*
                                    Cohen & Mizrahi LLP
                                    *Attorneys for Plaintiff*

                        SO ORDERED.

                        June 18, 2020